BTXN 104a (rev. 10/99)

Receipt No.: _____

Initials: _____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re: REDDY ICE HOLDINGS, INC. and
REDDY ICE CORPORATION,

§
§
§ Case No.: 12-32349-sgj-11
§ and 12-32359-sgj-11
§ (Jointly Administered)
§
§

Debtor(s)

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name:  __Feinstein__        __Robert__        __J.__
             *Last*        *First*        *MI*

2. Firm Name:  Pachulski Stang Ziehl & Jones

3. Address:  780 Third Avenue, 36th Floor

   New York, NY  10017-2024

4. Phone:  (212) 561-7700        FAX:  (212) 561-7777

5. Name used to sign *all* pleadings:  Robert J. Feinstein

6. Retained by:  Official Unsecured Creditors' Committee

7. Admitted on  February 22, 1982  and presently a member in good standing of the bar of the highest court of the state of  New York  and issued the bar license number of _____.

8. Admitted to practice before the following courts:

   | *Court:* | *Admission Date:* |
   |---|---|
   | Southern District NY | 5/26/82 |
   | Eastern District NY | 3/18/83 |
   | Northern District NY | 11/7/02 |
   | Western District NY | 9/17/07 |
   | Second Circuit Court of Appeals | 2/12/02 |
   | Fourth Circuit Court of Appeals | 11/21/11 |
   | Sixth Circuit Court of Appeals | 11/19/92 |

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | Date of Application | Case No. and Style |
    |---|---|
    | None | |
    | | |
    | | |

13. Local counsel of record: George H. Tarpley

14. Local counsel's address: Cox Smith Matthews Incorporate
    1201 Elm St., #3300, Dallas, TX 75270

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $25.00

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankrutpcy Court accompanied with the $25.00 filing fee on _____.

Robert J. Feinstein  
Printed Name of Applicant

4/30/12  
Date

_[signature]_  
Signature of Applicant