

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 8, 2013**

United States Bankruptcy Judge

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| REDDY ICE HOLDINGS, INC., and | § | Case No. 12-32349-SGJ-11 |
| REDDY ICE CORPORATION,[1] | § | |
| | § | Jointly Administered |
| Reorganized Debtors. | § | |

### ORDER GRANTING REORGANIZED DEBTORS' THIRTEENTH OMNIBUS
### OBJECTION TO CLAIMS

Upon the objection (the "***Objection***") of Reddy Ice Holdings, Inc. and Reddy Ice Corporation, the above-captioned reorganized debtors (together, the "***Reorganized Debtors***"), seeking entry of an order (the "***Order***") disallowing and expunging certain Disputed Claims, all as more fully described in the Objection;[2] and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and

---

[1] Reddy Ice Holdings, Inc. is located at 8750 N. Central Expressway, Suite 1800, Dallas, Texas 75231, and the last 4 digits of its tax identification number are 1368. Reddy Ice Corporation is located at 8750 N. Central Expressway, Suite 1800, Dallas, Texas 75231, and the last 4 digits of its tax identification number are 4985.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Objection.

---

consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (B) and (O); and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and there being due and sufficient notice of the Objection; and upon hearing on the Objection conducted of June 24, 2013, at which time the Court sustained the Objection with respect to certain Disputed Claims and adjourned the hearing on certain Disputed Claims; and it appearing that the relief requested in the Objection and granted herein is in the best interests of the Reorganized Debtors, their creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Objection is granted to the extent set forth herein.

2. Any response to the Objection not otherwise withdrawn, resolved or adjourned is hereby overruled on its merits.

3. Each of the Claims listed as Duplicate Claims on **Annex 1** attached hereto is hereby disallowed and expunged in its entirety.

4. Each of the Claims listed as Satisfied Claims on **Annex 2** attached hereto is hereby disallowed and expunged in its entirety.

5. Each of the Claims listed as Withdrawn Claims on **Annex 3** attached hereto is hereby disallowed and expunged in its entirety.

6. Each of the Claims listed as Noncompliant Claims on **Annex 4** attached hereto is hereby disallowed and expunged in its entirety.

7. Each of the Claims listed as No Liability Claims on **Annex 5** attached hereto is hereby disallowed and expunged in its entirety.

8. Each of the Claims listed as Plan-Satisfied Claims on **Annex 6** attached hereto is hereby disallowed and expunged in its entirety.

9.     Each of the Claims listed as Contingent Litigation Claims on **Annex 7** attached hereto is hereby disallowed and expunged in its entirety.

10.     The Objection is adjourned to the next scheduled omnibus claims objection hearing on July 23, 2013 as it relates to each Claim listed on **Annex 8**. The Reorganized Debtors shall provide notice of such hearing to each holder of a Claim on **Annex 8**.

11.     The official claims register in these chapter 11 cases shall be modified in accordance with this Order.

12.     The Reorganized Debtors' rights to amend, modify or supplement the Objection, to file additional objections to the Claims or any other claims (filed or not) which may be asserted against the Reorganized Debtors, and to seek further reduction of any Claim to the extent such Claim has been paid, are preserved. Additionally, should one or more of the grounds of objection stated in the Objection be overruled, the Reorganized Debtors' rights to object on other stated grounds or on any other grounds that the Reorganized Debtors may discover are further preserved.

13.     Each Claim and the objections by the Reorganized Debtors to such Claim, as addressed in the Objection and set forth on **Annex 1** through **Annex 8** attached hereto, constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate Order with respect to each Claim. Any stay of this Order pending appeal by any Claimant whose Claim is subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

14.     The Reorganized Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

15.     Notice of the Objection as provided therein shall be deemed good and sufficient notice of such Objection, and the requirements of the Bankruptcy Rules and the Local Bankruptcy Rules are satisfied by the contents of the Objection.

16.     The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

17.     The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

##END OF ORDER##

**Annex 1**
**Duplicate Claims**

| Creditor Name | Address | Claim Number | Date Filed | Debtor Filed Against | Asserted Status of Objectionable Claim | Total Amount of Objectionable Claim | Basis for Objection | Requested Treatment of Claim | Claim Type |
|---|---|---|---|---|---|---|---|---|---|
| ADT Security Services, Inc. | 14200 E Exposition Avenue Aurora, CO 80012 | 445 | 5/30/12 | Reddy Ice Holdings, Inc. | General Unsecured | $1,420.26 | Duplicate Claim # 416 | Claim to be Disallowed and Expunged | Trade Claim |
| ADT Security Services, Inc. | 14200 E Exposition Avenue Aurora, CO 80012 | 446 | 5/30/12 | Reddy Ice Holdings, Inc. | General Unsecured | $16,868.63 | Duplicate Claim # 415 | Claim to be Disallowed and Expunged | Trade Claim |
| Constellation NewEnergy | Attn Credit Workout 100 Constellation Way, Suite 600C Baltimore, MD 21202 | 602 | 6/26/12 | Reddy Ice Holdings, Inc. | Priority | UNLIQUIDATED | Duplicate Claim #602 | Claim to be Disallowed and Expunged | Trade Claim |
| First American Professional Real Estate Services | 1700 S. Broadway Bldg E Moore, OK 73160 | 593 | 6/28/12 | Reddy Ice Holdings, Inc. | General Unsecured | $118,780.00 | Duplicate Claim #592 | Claim to be Disallowed and Expunged | Trade Claim |
| First American Professional Real Estate Services | 1700 S. Broadway Bldg E Moore, OK 73160 | 594 | 6/28/12 | Reddy Ice Holdings, Inc. | General Unsecured | $118,780.00 | Duplicate Claim #592 | Claim to be Disallowed and Expunged | Trade Claim |
| First American Professional Real Estate Services | 1700 S. Broadway Bldg E Moore, OK 73160 | 595 | 6/28/12 | Reddy Ice Corporation | General Unsecured | $118,780.00 | Duplicate Claim #592 | Claim to be Disallowed and Expunged | Trade Claim |
| First American Professional Real Estate Services | 1700 S. Broadway Bldg EMoore, OK 73160 | 596 | 6/28/12 | Reddy Ice Corporation | General Unsecured | $118,780.00 | Duplicate Claim #592 | Claim to be Disallowed and Expunged | Trade Claim |
| First American Professional Real Estate Services | 1700 S. Broadway Bldg E Moore, OK 73160 | 597 | 6/28/12 | Reddy Ice Corporation | General Unsecured | $118,780.00 | Duplicate Claim #592 | Claim to be Disallowed and Expunged | Trade Claim |

1

**Annex 1**
**Duplicate Claims**

| Creditor Name | Address | Claim Number | Date Filed | Debtor Filed Against | Asserted Status of Objectionable Claim | Total Amount of Objectionable Claim | Basis for Objection | Requested Treatment of Claim | Claim Type |
|---|---|---|---|---|---|---|---|---|---|
| The Goodyear Tire & Rubber Company | Law Department 1144 East Market Street Akron, OH 44316 | 572 | 6/27/12 | Reddy Ice Corporation | Admin Priority | $2,816.96 | Duplicate Claim #526 | Claim to be Disallowed and Expunged | Trade Claim |
| The Goodyear Tire & Rubber Company | Law Department 1144 East Market Street Akron, OH 44316 | 572 | 6/27/12 | Reddy Ice Corporation | General Unsecured | $112.30 | Duplicate Claim #526 | Claim to be Disallowed and Expunged | Trade Claim |

2

1611935.1

**Annex 2**
**Satisfied Claims**

| Creditor Name | Address | Claim Number | Date Filed | Debtor Filed Against | Asserted Status of Objectionable Claim | Total Amount of Objectionable Claim | Basis for Objection | Requested Treatment of Claim | Claim Type |
|---|---|---|---|---|---|---|---|---|---|
| CIT Technology Financing Services, Inc. | Bankruptcy Processing Solutions Inc.1162 E Sonterra Blvd Ste 130San Antonio, TX 78258 | 177 | 4/30/12 | Reddy Ice Holdings, Inc. | General Unsecured | $556.78 | Paid in Full | Claim to be Disallowed and Expunged | Trade Claim |
| CIT Technology Financing Services, Inc. | Bankruptcy Processing Solutions Inc. 1162 E Sonterra Blvd Ste 130 San Antonio, TX 78258 | 178 | 4/30/12 | Reddy Ice Holdings, Inc. | General Unsecured | $4,244.26 | Paid in Full | Claim to be Disallowed and Expunged | Trade Claim |
| CIT Technology Financing Services, Inc. | Bankruptcy Processing Solutions Inc. 1162 E Sonterra Blvd Ste 130 San Antonio, TX 78258 | 179 | 4/30/12 | Reddy Ice Holdings, Inc. | General Unsecured | $10,365.70 | Paid in Full | Claim to be Disallowed and Expunged | Trade Claim |
| CIT Technology Financing Services, Inc. | Bankruptcy Processing Solutions Inc. 1162 E Sonterra Blvd Ste 130 San Antonio, TX 78258 | 180 | 4/30/12 | Reddy Ice Holdings, Inc. | General Unsecured | $1,051.28 | Paid in Full | Claim to be Disallowed and Expunged | Trade Claim |
| CIT Technology Financing Services, Inc. | Bankruptcy Processing Solutions Inc. 1162 E Sonterra Blvd Ste 130 San Antonio, TX 78258 | 181 | 4/30/12 | Reddy Ice Holdings, Inc. | General Unsecured | $725.00 | Paid in Full | Claim to be Disallowed and Expunged | Trade Claim |

1

1611935.1

**Annex 2**
**Satisfied Claims**

| Creditor Name | Address | Claim Number | Date Filed | Debtor Filed Against | Asserted Status of Objectionable Claim | Total Amount of Objectionable Claim | Basis for Objection | Requested Treatment of Claim | Claim Type |
|---|---|---|---|---|---|---|---|---|---|
| CIT Technology Financing Services, Inc. | Bankruptcy Processing Solutions Inc. 1162 E Sonterra Blvd Ste 130 San Antonio, TX 78258 | 182 | 4/30/12 | Reddy Ice Holdings, Inc. | General Unsecured | $6,431.63 | Paid in Full | Claim to be Disallowed and Expunged | Trade Claim |
| City of Fort Worth | Chris Mosley 1000 Throckmorton Fort Worth, TX 76102 | 478 | 6/7/12 | Reddy Ice Holdings, Inc. | General Unsecured | $81.00 | Paid in Full | Claim to be Disallowed and Expunged | Trade Claim |
| City of Fort Worth | Chris Mosley 1000 Throckmorton Fort Worth, TX 76102 | 479 | 6/7/12 | Reddy Ice Holdings, Inc. | General Unsecured | $136.13 | Paid in Full | Claim to be Disallowed and Expunged | Trade Claim |
| City of Odessa | City Attorneys Office P.O. Box 4398 Odessa, TX 79760 | 397 | 5/22/12 | Reddy Ice Corporation | General Unsecured | $302.97 | Paid in Full | Claim to be Disallowed and Expunged | Trade Claim |
| City of Odessa | City Attorneys Office P.O. Box 4398 Odessa, TX 79760 | 398 | 5/22/12 | Reddy Ice Corporation | General Unsecured | $74.00 | Paid in Full | Claim to be Disallowed and Expunged | Trade Claim |
| City Utilities of Springfield | PO Box 551 Springfield, MO 65801-0551 | 1172 | 11/6/12 | Reddy Ice Holdings, Inc. | General Unsecured | $68.16 | Paid in Full | Claim to be Disallowed and Expunged | Utility Claim |
| City Utilities of Springfield | PO Box 551 Springfield, MO 65801-0551 | 1173 | 11/6/12 | Reddy Ice Holdings, Inc. | General Unsecured | $3,357.79 | Paid in Full | Claim to be Disallowed and Expunged | Utility Claim |

2

**Annex 2**
**Satisfied Claims**

| Creditor Name | Address | Claim Number | Date Filed | Debtor Filed Against | Asserted Status of Objectionable Claim | Total Amount of Objectionable Claim | Basis for Objection | Requested Treatment of Claim | Claim Type |
|---|---|---|---|---|---|---|---|---|---|
| CoServ Electric | 7701 S Stemmons Corinth, TX 76210 | 302 | 5/7/12 | Reddy Ice Corporation | General Unsecured | $1,721.83 | Paid in Full | Claim to be Disallowed and Expunged | Trade Claim |
| CoServ Electric | 7701 S StemmonsCorinth , TX 76210 | 303 | 5/7/12 | Reddy Ice Corporation | General Unsecured | $85.71 | Paid in Full | Claim to be Disallowed and Expunged | Trade Claim |
| Don Armstrong, Property Tax Commissioner | Shelby County Property Tax Commission, Don Armstrong, Property Tax Commissioner P. O. Box 1298 Columbiana, AL 35051 | 690 | 8/3/12 | Reddy Ice Corporation | Admin Secured | $21.12 | Paid in Full 12/14/12 | Claim to be Disallowed and Expunged | Trade Claim |
| Henrico County, Virginia (Acct # 0076838-00552594 0076837-00552587) | Jason M. Hart, Assistant County Attorney P.O. Box 90775 Henrico, VA 23273-0775 | 586 | 6/25/12 | Reddy Ice Corporation | Secured | $2,581.85 | Paid in Full 5/25/2012 | Claim to be Disallowed and Expunged | Utility Claim |
| Horry County Business License Dept. | Attn Karen Polhemus P.O. Box 1275 Conway, SC 29528 | 451 | 5/11/12 | Reddy Ice Corporation | Priority | $1,352.90 | Paid in Full 4/4/13 | Claim to be Disallowed and Expunged | Trade Claim |
| Hudson Global Resources | David Rhind, General Counsel 10 S. Wacker Drive, Suite 2600 Chicago, IL 60606 | 627 | 7/27/12 | Reddy Ice Holdings, Inc. | General Unsecured | $18,089.50 | Paid in Full per agreement with Reddy Ice | Claim to be Disallowed and Expunged | Trade Claim |

3

**Annex 2**
**Satisfied Claims**

| Creditor Name | Address | Claim Number | Date Filed | Debtor Filed Against | Asserted Status of Objectionable Claim | Total Amount of Objectionable Claim | Basis for Objection | Requested Treatment of Claim | Claim Type |
|---|---|---|---|---|---|---|---|---|---|
| JEA | Attn Ch11 Bankruptcy, RCS on CC321 West Church StreetJacksonville, FL 32202 | 622 | 7/17/12 | Reddy Ice Corporation | General Unsecured | $54,628.15 | Paid in Full | Claim to be Disallowed and Expunged | Utility Claim |
| LAQUINTA INN SAN DIEGO OCEANSIDE | 937 COAST HIGHWAY LLC (#0830)937 NORTH COAST HIGHWAYOCE ANSIDE, CA 92054 | 925 | 9/17/12 | Reddy Ice Corporation | General Unsecured | $634.09 | Paid in Full 10/18/12 | Claim to be Disallowed and Expunged | Trade Claim |
| Metropolitan Life Insurance Company | Gregg P. Hirsch 1095 Avenue of the Americas New York, NY 10036 | 1256 | 11/14/12 | Reddy Ice Holdings, Inc. | Admin Priority | $54,565.00 | Paid in Full | Claim to be Disallowed and Expunged | Insurance Claim |
| Metropolitan Life Insurance Company | Gregg P. Hirsch, Associate General Counsel Law Department 1095 Avenue of the Americas New York, NY 10036 | 1261 | 11/14/12 | Reddy Ice Holdings, Inc. | Priority | $1,748.23 | Paid in Full | Claim to be Disallowed and Expunged | Insurance Claim |
| Metropolitan Life Insurance Company | Gregg P. Hirsch, Associate General Counsel Law Department 1095 Avenue of the Americas New York, NY 10036 | 1261 | 11/14/12 | Reddy Ice Holdings, Inc. | General Unsecured | $39.50 | Paid in Full | Claim to be Disallowed and Expunged | Insurance Claim |

4

**Annex 2**
**Satisfied Claims**

| Creditor Name | Address | Claim Number | Date Filed | Debtor Filed Against | Asserted Status of Objectionable Claim | Total Amount of Objectionable Claim | Basis for Objection | Requested Treatment of Claim | Claim Type |
|---|---|---|---|---|---|---|---|---|---|
| Motion Industries Inc. | PO Box 1477 Birmingham, AL 35201-1477 | 577 | 6/11/12 | Reddy Ice Corporation | General Unsecured | $13,013.04 | Paid in Full 11/8/12 | Claim to be Disallowed and Expunged | Trade Claim |
| PNM | Acct Mgr - Jorge PO BOX 17970 DENVER, CO 80217-0970 | 1190 | 11/9/12 | Reddy Ice Corporation | General Unsecured | $12,821.94 | Paid in Full | Claim to be Disallowed and Expunged | Utility Claim |
| R H TRIPP PARKER III | 1998 RIVA RIDGE SAN ANTONIO, TX 78248 | 1195 | 11/12/12 | Reddy Ice Holdings, Inc. | Priority | $16,363.15 | Paid in Full | Claim to be Disallowed and Expunged | Employee Claim (Severance) |
| State of Florida - Department of Revenue | Frederick F. Rudzik Bankruptcy Section PO Box 6668 Tallahassee, FL 32314-6668 | 730 | 8/24/12 | Reddy Ice Corporation | Priority | $1,938.51 | Paid in Full | Claim to be Disallowed and Expunged | Employee Claim (Severance) |

5

**Annex 3**
**Withdrawn Claims**

| Creditor Name | Address | Claim Number | Date Filed | Debtor Filed Against | Asserted Status of Objectionable Claim | Total Amount of Objectionable Claim | Basis for Objection | Requested Treatment of Claim | Claim Type |
|---|---|---|---|---|---|---|---|---|---|
| BellSouth Telecommunications, Inc. | James Grudus, Esq. c/o AT&T Services, Inc One AT&T Way, Room 3A218 Bedminster, NJ 07921 | 588 | 6/27/12 | Reddy Ice Holdings, Inc. | General Unsecured | W/D | Withdrawn | Claim to be Disallowed and Expunged | Trade Claim |
| GE Capital Information Technology Solutions Inc. d/b/a IKON Financial Services | IKON Financial Services Bankruptcy Administration PO Box 13708 Macon, GA 31208-3708 | 407 | 5/7/12 | Reddy Ice Holdings, Inc. | General Unsecured | W/D | Withdrawn | Claim to be Disallowed and Expunged | Trade Claim |
| GECITS dba IKON Financial Services as authorized servicing agent of Banc of America & Leasing Capital, LLC | IKON Financial Services Bankruptcy Administration PO Box 13708 Macon, GA 31208-3708 | 408 | 5/7/12 | Reddy Ice Holdings, Inc. | General Unsecured | W/D | Withdrawn | Claim to be Disallowed and Expunged | Trade Claim |
| Georgia Power Company | Weldon L. Moore, III8333 Douglas AvenueSuite 1525Dallas, TX 75225 | 528 | 6/25/12 | Reddy Ice Holdings, Inc. | Admin Priority | W/D | Withdrawn | Claim to be Disallowed and Expunged | Trade Claim |
| Toyota Motor Credit Corp. | c/o Weltman, Weinberg & Reis 323 W. Lakeside Avenue, Ste 200 Cleveland, OH 44113 | 287 | 5/10/12 | Reddy Ice Holdings, Inc. | General Unsecured | W/D | Withdrawn | Claim to be Disallowed and Expunged | Trade Claim |

1

**Annex 4**
**Noncompliant Claims**

| Creditor Name | Address | Claim Number | Date Filed | Debtor Filed Against | Asserted Status of Objectionable Claim | Total Amount of Objectionable Claim | Basis for Objection | Requested Treatment of Claim | Claim Type |
|---|---|---|---|---|---|---|---|---|---|
| 2nd Atty Lien w | Herman M Klemick 1953 SE 27th Ave Miami, FL 33145 | 801 | 9/4/12 | Reddy Ice Corporation | General Unsecured | UNLIQUIDATED | Noncompliant | Claim to be Disallowed and Expunged | Litigation Claim |
| Eddie Herrington | Theodore N Taylor 202 South Collins St Plant City, FL 33563 | 1026 | 10/9/12 | Reddy Ice Holdings, Inc. | General Unsecured | $250,000.00 | Noncompliant | Claim to be Disallowed and Expunged | Litigation Claim |
| FERMIN REYES | 26508 CR 44A EUSTIS, FL 32736 | 1029 | 10/10/12 | Reddy Ice Corporation | Priority | $5,000.00 | Noncompliant | Claim to be Disallowed and Expunged | Litigation Claim |
| FERMIN REYES | 26508 CR 44A EUSTIS, FL 32736 | 1029 | 10/10/12 | Reddy Ice Corporation | General Unsecured | $5,000.00 | Noncompliant | Claim to be Disallowed and Expunged | Litigation Claim |
| LISA MASON | C/O BRUNO & PRADO 10970 S. CLEVELAND AVE., STE 303 FT MYERS, FL 33907 | 982 | 9/25/12 | Reddy Ice Holdings, Inc. | General Unsecured | $1,000,000.00 | Noncompliant | Claim to be Disallowed and Expunged | Litigation Claim |
| Unisource Worldwide | Unisource 850 N. Arlington Heights Rd Itasca, IL 60143-2885 | 15 | 4/20/12 | Reddy Ice Holdings, Inc. | General Unsecured | $2,018.02 | Noncompliant | Claim to be Disallowed and Expunged | Trade Claim |

1

**Annex 5**
**No Liability Claims**

| Creditor Name | Address | Claim Number | Date Filed | Debtor Filed Against | Asserted Status of Objectionable Claim | Total Amount of Objectionable Claim | Basis for Objection | Requested Treatment of Claim | Claim Type |
|---|---|---|---|---|---|---|---|---|---|
| Estate of Jose Sifluentes | Jose Sifluentes 3512 S W 36th Oklahoma City, OK 73119 | 933 | 9/17/12 | Reddy Ice Corporation | Priority | $32,306.51 | No Liability | Claim to be Disallowed and Expunged | Employee Claim (Non-Severance) |
| Les Schwab Tire Centers of PORTLAND, Inc. | PO Box 5350 Bend, OR 97708 | 608 | 7/10/12 | Reddy Ice Holdings, Inc. | Secured | $4,146.48 | No Liability | Claim to be Disallowed and Expunged | Trade Claim |
| Les Schwab Tire Centers of PORTLAND, Inc. | PO Box 5350 Bend, OR 97708 | 608 | 7/10/12 | Reddy Ice Holdings, Inc. | Admin Priority | $1,926.32 | No Liability | Claim to be Disallowed and Expunged | Trade Claim |
| Les Schwab Tire Centers of WASHINGTON, Inc. | PO Box 5350 Bend, OR 97708 | 609 | 7/10/12 | Reddy Ice Holdings, Inc. | General Unsecured | $387.82 | No Liability | Claim to be Disallowed and Expunged | Trade Claim |
| Macquarie Capital (USA), Inc. | Martin A. Soslan Weil, Gotshal & Manges LLP 200 Crescent Court, Suite 300 Dallas, TX 75201 | 447 | 5/31/12 | Reddy Ice Holdings, Inc. | General Unsecured | $2,500,000.00 | No Liability | Claim to be Disallowed and Expunged | Trade Claim |
| Macquarie Capital (USA), Inc. | Martin A. SoslanWeil, Gotshal & Manges LLP200 Crescent Court, Suite 300Dallas, TX 75201 | 448 | 5/31/12 | Reddy Ice Corporation | General Unsecured | $2,500,000.00 | No Liability | Claim to be Disallowed and Expunged | Trade Claim |

1

**Annex 5**
**No Liability Claims**

| Creditor Name | Address | Claim Number | Date Filed | Debtor Filed Against | Asserted Status of Objectionable Claim | Total Amount of Objectionable Claim | Basis for Objection | Requested Treatment of Claim | Claim Type |
|---|---|---|---|---|---|---|---|---|---|
| Mark A. Brown | Legal Mail RN-18781 381 W. Hospital Dr. Orofino, ID 83544-9034 | 444 | 5/29/12 | Reddy Ice Corporation | General Unsecured | $9,984.52 | No Liability | Claim to be Disallowed and Expunged | Trade Claim |
| Sylvia Couvillion, Individually and as Executrix | Charles A. Schutte, Jr. Guglielmo, Marks, Schutte, Terhoeve & Love, L.L.P. 320 Somerulos Street Baton Rouge, LA 70802-6129 | 986 | 9/24/12 | Reddy Ice Holdings, Inc. | General Unsecured | $140,000.00 | No Liability | Claim to be Disallowed and Expunged | Insurance Claim |
| The Home Insurance Company in Liquidation | Doris I Pelchat 55 South Commercial Street Manchester, NH 03101 | 173 | 5/1/12 | Reddy Ice Holdings, Inc. | General Unsecured | UNLIQUIDATED | No Liability | Claim to be Disallowed and Expunged | Insurance Claim |
| Wal-Mart Stores, Inc. | c/o Charles B. Hendricks900 Jackson Street, Suite 570Dallas, TX 75202 | 522 | 6/20/12 | Reddy Ice Corporation | Secured | UNLIQUIDATED | No Liability | Claim to be Disallowed and Expunged | Trade Claim |
| WYNNE BIERY | 7505 BELMONT DR ALMA, AR 72921-8210 | 1060 | 10/16/12 | Reddy Ice Corporation | Priority | UNLIQUIDATED | No Liability? | Claim to be Disallowed and Expunged | Litigation Claim |

2

**Annex 6**
**Plan Satisfied Claims**

| Creditor Name | Address | Claim Number | Date Filed | Debtor Filed Against | Asserted Status of Objectionable Claim | Total Amount of Objectionable Claim | Basis for Objection | Requested Treatment of Claim | Claim Type |
|---|---|---|---|---|---|---|---|---|---|
| Charlsie F Claxton | 2009 Graham Avenue Oklahoma City, OK 73127 | 1259 | 11/14/12 | Reddy Ice Holdings, Inc. | General Unsecured | $21,664.65 | Plan-Satisfied | Claim to be Disallowed and Expunged | Equity Claim |
| David Kasprzyk | 3610 Kingston BlvdSarasota, FL 34238 | 1246 | 11/13/12 | Reddy Ice Holdings, Inc. | General Unsecured | BLANK | Plan-Satisfied | Claim to be Disallowed and Expunged | Equity Claim |
| Fred L. Cone, Jr. | 119 Ridgetree Ln Marietta, GA 30068 | 1285 | 12/11/12 | Reddy Ice Holdings, Inc. | General Unsecured | $25,184.84 | Plan-Satisfied | Claim to be Disallowed and Expunged | Equity Claim |
| Frederick J. Frey | 1133 Sand Castle Road Sanibel, FL 33957 | 1269 | 11/19/12 | Reddy Ice Holdings, Inc. | General Unsecured | $6,450.00 | Plan-Satisfied | Claim to be Disallowed and Expunged | Equity Claim |
| James Cates | 91 Urban St Buffalo, NY 14211 | 1170 | 11/6/12 | Reddy Ice Holdings, Inc. | General Unsecured | BLANK | Plan-Satisfied | Claim to be Disallowed and Expunged | Equity Claim |
| Jeffrey A. Benbow | 12219 Dawn Vista Dr Riverview, FL 33578 | 1278 | 11/29/12 | Reddy Ice Holdings, Inc. | General Unsecured | UNLIQUIDATED | Plan-Satisfied | Claim to be Disallowed and Expunged | Equity Claim |
| Jian Huang Yang | 2265 Blue Sapphire Circle Orlando, FL 32837 | 1268 | 11/19/12 | Reddy Ice Holdings, Inc. | General Unsecured | $1,815.90 | Plan-Satisfied | Claim to be Disallowed and Expunged | Equity Claim |
| Jim & Jane Smith | James B. Smith 126 Holstead Road Arcadia, LA 71001 | 1280 | 12/3/12 | Reddy Ice Holdings, Inc. | General Unsecured | $3,795.98 | Plan-Satisfied | Claim to be Disallowed and Expunged | Equity Claim |
| Jim & Jane Smith | James B. Smith 126 Holstead Road Arcadia, LA 71001 | 1281 | 12/3/12 | Reddy Ice Corporation | General Unsecured | $3,795.98 | Plan-Satisfied | Claim to be Disallowed and Expunged | Equity Claim |
| Justin Martin Homan | 7505 NW Eagle Dr Redmond, OR 97756 | 1301 | 1/17/13 | Reddy Ice Holdings, Inc. | Priority | $1,730.45 | Plan-Satisfied | Claim to be Disallowed and Expunged | Equity Claim |
| Michael F. Burgess | 2918 E. 104th Street Tulsa, OK 74137 | 1260 | 11/14/12 | Reddy Ice Holdings, Inc. | General Unsecured | $98.08 | Plan-Satisfied | Claim to be Disallowed and Expunged | Equity Claim |

1

**Annex 6**
**Plan Satisfied Claims**

| Creditor Name | Address | Claim Number | Date Filed | Debtor Filed Against | Asserted Status of Objectionable Claim | Total Amount of Objectionable Claim | Basis for Objection | Requested Treatment of Claim | Claim Type |
|---|---|---|---|---|---|---|---|---|---|
| Piska Family Rev. Trust Carolyn A. Piska TTE | Carolyn A Piska 20632 N. 107th Dr Sun City, AZ 85373 | 1183 | 11/8/12 | Reddy Ice Holdings, Inc. | General Unsecured | $28,500.00 | Plan-Satisfied | Claim to be Disallowed and Expunged | Equity Claim |
| Read Wallace Archibald | 4846 Naniloa Drive Holladay, UT 84117 | 1242 | 11/13/12 | Reddy Ice Holdings, Inc. | General Unsecured | $39,772.73 | Plan-Satisfied | Claim to be Disallowed and Expunged | Equity Claim |
| Reginald L. Walker | PO Box 15755 Long Beach, CA | 1070 | 10/17/12 | Reddy Ice Holdings, Inc. | Secured | BLANK | Plan-Satisfied | Claim to be Disallowed and Expunged | Equity Claim |
| Richard DAndrea | 2306 Kerrigan Ave.Union City, NJ 07087 | 1275 | 11/21/12 | Reddy Ice Holdings, Inc. | Priority | $9,356.00 | Plan-Satisfied | Claim to be Disallowed and Expunged | Equity Claim |
| Robert C Blosser | 135 Highland Ave Northport, NY 11768 | 1267 | 11/19/12 | Reddy Ice Corporation | General Unsecured | $5,235.70 | Plan-Satisfied | Claim to be Disallowed and Expunged | Equity Claim |
| The Ad Hoc Shareholder Group | David J. Drez, Jonathan S. Covin, David G. Gamble and Joseph R. Callister Wick Phillips Gould & Martin, LLP 2100 Ross Avenue, Suite 950 Dallas, TX 75201 | 427 | 5/17/12 | Reddy Ice Holdings, Inc. | Admin Priority | $150,000.00 | Plan-Satisfied | Claim to be Disallowed and Expunged | Equity Claim |
| Tom S. Pullam & Margaret N. Pullam | 144 Calais Dr Maumelle, AR 72113 | 1248 | 11/13/12 | Reddy Ice Holdings, Inc. | General Unsecured | $12,788.80 | Plan-Satisfied | Claim to be Disallowed and Expunged | Equity Claim |
| Vicki Yvette Frey | 1133 Sand Castle Road Sanibel, FL 33957 | 1270 | 11/19/12 | Reddy Ice Holdings, Inc. | General Unsecured | $6,450.00 | Plan-Satisfied | Claim to be Disallowed and Expunged | Equity Claim |
| Yahya Esat Sezer | 3306 Winthrop Circle Marietta, GA 30067 | 1277 | 11/27/12 | Reddy Ice Holdings, Inc. | General Unsecured | $11,190.05 | Plan-Satisfied | Claim to be Disallowed and Expunged | Equity Claim |

2

**Annex 7**
**Contingent Litigation Claims**

| Creditor Name | Address | Claim Number | Date Filed | Debtor Filed Against | Asserted Status of Objectionable Claim | Total Amount of Objectionable Claim | Basis for Objection | Requested Treatment of Claim | Claim Type |
|---|---|---|---|---|---|---|---|---|---|
| Charlotte Morton | Sharon Tucci 210 Abernathy Rd Inman, SC 29349 | 274 | 5/8/12 | Reddy Ice Corporation | General Unsecured | $475,349.57 | Contingent / Unliquidated | Claim to be Disallowed and Expunged | Litigation Claim |
| CHRISTI BUTTERWORTH | 2165 FRIENDSHIP RD OXFORD, AL 36203 | 1106 | 10/29/12 | Reddy Ice Corporation | Priority | $7,500.00 | Contingent / Unliquidated | Claim to be Disallowed and Expunged | Litigation Claim |
| CHRISTI BUTTERWORTH | 2165 FRIENDSHIP RD OXFORD, AL 36203 | 1106 | 10/29/12 | Reddy Ice Corporation | General Unsecured | $50,000.00 | Contingent / Unliquidated | Claim to be Disallowed and Expunged | Litigation Claim |
| LINWOOD J LOCKETT | 1663 NORTH FOREST PARK AVE APT B3 BALTIMORE, MD 21207 | 1266 | 11/14/12 | Reddy Ice Holdings, Inc. | General Unsecured | $129,863.00 | Contingent / Unliquidated | Claim to be Disallowed and Expunged | Litigation Claim |
| Linwood J. Lockett | 1664 Kirkwood Rd Baltimore, MD 21207 | 506 | 6/1/12 | Reddy Ice Holdings, Inc. | Priority | $11,000.00 | Contingent / Unliquidated | Claim to be Disallowed and Expunged | Litigation Claim |
| Linwood J. Lockett | 1664 Kirkwood Rd Baltimore, MD 21207 | 506 | 6/1/12 | Reddy Ice Holdings, Inc. | General Unsecured | $89,000.00 | Contingent / Unliquidated | Claim to be Disallowed and Expunged | Litigation Claim |
| Matilda Mota | 406 N. Grant Ave Odessa, TX 79761 | 497 | 6/12/12 | Reddy Ice Corporation | General Unsecured | BLANK | Contingent / Unliquidated | Claim to be Disallowed and Expunged | Litigation Claim |

1

**Annex 7**
**Contingent Litigation Claims**

| Creditor Name | Address | Claim Number | Date Filed | Debtor Filed Against | Asserted Status of Objectionable Claim | Total Amount of Objectionable Claim | Basis for Objection | Requested Treatment of Claim | Claim Type |
|---|---|---|---|---|---|---|---|---|---|
| Rashad West | Jason C.N. Smith Law Offices of Art Brender 600 Eighth Avenue Fort Worth, TX 76104 | 428 | 5/22/12 | Reddy Ice Holdings, Inc. | General Unsecured | $350,000.00 | Contingent / Unliquidated | Claim to be Disallowed and Expunged | Litigation Claim |
| Rodney McCartney | Abrams & Abrams, PA P.O. Box 6509 Raleigh, NC 27628 | 1099 | 10/25/12 | Reddy Ice Holdings, Inc. | General Unsecured | $9,000,000.00 | Contingent / Unliquidated | Claim to be Disallowed and Expunged | Litigation Claim |
| Wynne E. Biery | c/o Shannon C. Haupt Leonard & Associates, PLLC 8265 S. Walker Oklahoma City, OK 73139 | 326 | 5/4/12 | Reddy Ice Corporation | Priority | UNLIQUIDATED | Contingent / Unliquidated | Claim to be Disallowed and Expunged | Litigation Claim |

2

**Annex 8**
**Adjourned Claims**

| Creditor Name | Address | Claim Number | Date Filed | Debtor Filed Against | Asserted Status of Objectionable Claim | Total Amount of Objectionable Claim | Basis for Objection | Requested Treatment of Claim | Claim Type |
|---|---|---|---|---|---|---|---|---|---|
| Greg Forest | c/o R. Michael Flynn 170 Columbus Ave Ste. 300 San Francisco, CA 94133 | 459 | 5/31/12 | Reddy Ice Holdings, Inc. | Priority | $80,810.00 | Contingent / Unliquidated | Claim to be Disallowed and Expunged | Employee Claim (Non-Severance) |
| Greg Forest | c/o R. Michael Flynn170 Columbus Ave Ste. 300San Francisco, CA 94133 | 463 | 6/1/12 | Reddy Ice Holdings, Inc. | General Unsecured | UNLIQUIDATED | Contingent / Unliquidated | Claim to be Disallowed and Expunged | Employee Claim (Non-Severance) |
| Yolanda Floyd | Dana M. Campbell Owens, Clary & Aiken, LLP 700 N. Pearl St., Suite 1600 Dallas, TX 75201 | 1244 | 11/13/12 | Reddy Ice Holdings, Inc. | General Unsecured | $3,000,000.00 | Contingent / Unliquidated | Claim to be Disallowed and Expunged | Litigation Claim |
| Yolanda Floyd | Dana M. Campbell Owens, Clary & Aiken, LLP 700 N. Pearl St., Suite 1600 Dallas, TX 75201 | 1263 | 11/14/12 | Reddy Ice Corporation | General Unsecured | $3,000,000.00 | Contingent / Unliquidated | Claim to be Disallowed and Expunged | Litigation Claim |
| Martin G. McNulty | Daniel Low, Kotchen & Low LLP 2300 M St. NW, Suite 800 Washington, DC 20037 | 1068 | 10/16/12 | Reddy Ice Holdings, Inc. | General Unsecured | $13,610,000.00 | Contingent / Unliquidated | Claim to be Disallowed and Expunged | Litigation Claim |

1611935.1

**Annex 8**
**Adjourned Claims**

| Creditor Name | Address | Claim Number | Date Filed | Debtor Filed Against | Asserted Status of Objectionable Claim | Total Amount of Objectionable Claim | Basis for Objection | Requested Treatment of Claim | Claim Type |
|---|---|---|---|---|---|---|---|---|---|
| Martin G. McNulty | Daniel Low, Kotchen & Low LLP 2300 M St. NW, Suite 800 Washington, DC 20037 | 1069 | 10/16/12 | Reddy Ice Corporation | General Unsecured | $13,610,000.00 | Contingent / Unliquidated | Claim to be Disallowed and Expunged | Litigation Claim |

2