

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 27, 2013**

_____
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| REDDY ICE HOLDINGS, INC., and | § | Case No. 12-32349-SGJ-11 |
| REDDY ICE CORPORATION,[1] | § | |
| | § | Jointly Administered |
| Reorganized Debtors. | § | |

**FURTHER ORDER WITH RESPECT TO REORGANIZED DEBTORS' THIRTEENTH OMNIBUS OBJECTION TO CLAIMS DISALLOWING CERTAIN CLAIMS**

Upon the Thirteenth Omnibus Objection to Claims [Docket No. 670] (the "***Objection***") of Reddy Ice Holdings, Inc. and Reddy Ice Corporation, the above-captioned reorganized debtors (together, the "***Reorganized Debtors***"), seeking entry of an order (the "***Order***") disallowing and expunging certain Disputed Claims, all as more fully described in the Objection;[2] and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Objection and the relief requested therein

---

[1] Reddy Ice Holdings, Inc. is located at 8750 N. Central Expressway, Suite 1800, Dallas, Texas 75231, and the last 4 digits of its tax identification number are 1368. Reddy Ice Corporation is located at 8750 N. Central Expressway, Suite 1800, Dallas, Texas 75231, and the last 4 digits of its tax identification number are 4985.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Objection.

being a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (B) and (O); and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and there being due and sufficient notice of the Objection; and upon hearing on the Objection conducted of June 24, 2013, at which time the Court sustained the Objection with respect to certain Disputed Claims and adjourned the hearing on certain Disputed Claims, all as set forth in the Order entered by the Court in connection with the Objection [Docket No. 724]; and upon the continued hearing with respect to certain of the Disputed Claims conducted on September 9, 2013 and the representations of counsel made thereat; and it appearing that the relief requested in the Objection and granted herein is in the best interests of the Reorganized Debtors, their creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. This Order is a further Order to, and supplements, the Order appearing at Docket No. 724.

2. The Objection is granted to the extent set forth herein.

3. Any response to the Objection not otherwise withdrawn, resolved or adjourned is hereby overruled on its merits.

4. Each of the Claims listed on **Annex 1** attached hereto is hereby disallowed and expunged in its entirety.

5. The official claims register in these chapter 11 cases shall be modified in accordance with this Order.

6. The Reorganized Debtors' rights to amend, modify or supplement the Objection, to file additional objections to the Claims or any other claims (filed or not) which may be asserted against the Reorganized Debtors, and to seek further reduction of any Claim to the extent such Claim has been paid, are preserved. Additionally, should one or more of the grounds

of objection stated in the Objection be overruled, the Reorganized Debtors' rights to object on other stated grounds or on any other grounds that the Reorganized Debtors may discover are further preserved.

7. Each Claim and the objections by the Reorganized Debtors to such Claim, as addressed in the Objection and set forth on **Annex 1** attached hereto, constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate Order with respect to each Claim. Any stay of this Order pending appeal by any Claimant whose Claim is subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

8. The Reorganized Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

9. Notice of the Objection as provided therein shall be deemed good and sufficient notice of such Objection, and the requirements of the Bankruptcy Rules and the Local Bankruptcy Rules are satisfied by the contents of the Objection.

10. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

11. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

##END OF ORDER##

**Annex 1**
**Disallowed and Expunged Claims**

| Creditor Name | Address | Claim Number | Date Filed | Debtor Filed Against | Asserted Status of Objectionable Claim | Total Amount of Objectionable Claim | Basis for Objection | Requested Treatment of Claim | Claim Type |
|---|---|---|---|---|---|---|---|---|---|
| Greg Forest | c/o R. Michael Flynn 170 Columbus Ave Ste. 300 San Francisco, CA 94133 | 459 | 5/31/12 | Reddy Ice Holdings, Inc. | Priority | $80,810.00 | Contingent / Unliquidated | Claim to be Disallowed and Expunged | Employee Claim (Non-Severance) |
| Greg Forest | c/o R. Michael Flynn170 Columbus Ave Ste. 300San Francisco, CA 94133 | 463 | 6/1/12 | Reddy Ice Holdings, Inc. | General Unsecured | UNLIQUIDATED | Contingent / Unliquidated | Claim to be Disallowed and Expunged | Employee Claim (Non-Severance) |
| Yolanda Floyd | Dana M. Campbell Owens, Clary & Aiken, LLP 700 N. Pearl St., Suite 1600 Dallas, TX 75201 | 1244 | 11/13/12 | Reddy Ice Holdings, Inc. | General Unsecured | $3,000,000.00 | Contingent / Unliquidated | Claim to be Disallowed and Expunged | Litigation Claim |
| Yolanda Floyd | Dana M. Campbell Owens, Clary & Aiken, LLP 700 N. Pearl St., Suite 1600 Dallas, TX 75201 | 1263 | 11/14/12 | Reddy Ice Corporation | General Unsecured | $3,000,000.00 | Contingent / Unliquidated | Claim to be Disallowed and Expunged | Litigation Claim |
| Martin G. McNulty | Daniel Low, Kotchen & Low LLP 2300 M St. NW, Suite 800 Washington, DC 20037 | 1068 | 10/16/12 | Reddy Ice Holdings, Inc. | General Unsecured | $13,610,000.00 | Contingent / Unliquidated | Claim to be Disallowed and Expunged | Litigation Claim |

1725469.1

**Annex 8**
**Adjourned Claims**

| Creditor Name | Address | Claim Number | Date Filed | Debtor Filed Against | Asserted Status of Objectionable Claim | Total Amount of Objectionable Claim | Basis for Objection | Requested Treatment of Claim | Claim Type |
|---|---|---|---|---|---|---|---|---|---|
| Martin G. McNulty | Daniel Low, Kotchen & Low LLP 2300 M St. NW, Suite 800 Washington, DC 20037 | 1069 | 10/16/12 | Reddy Ice Corporation | General Unsecured | $13,610,000.00 | Contingent / Unliquidated | Claim to be Disallowed and Expunged | Litigation Claim |

**FURTHER ORDER GRANTING THIRTEENTH OMNIBUS OBJECTION TO CLAIMS – Page 2**
1725469.1